IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| TRACY MCNEIL, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-2208 |
| | : | |
| SOCIAL SECURITY ADMINISTRATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 2nd day of August 2022, upon consideration of: (1) the Motions to Dismiss filed by the Social Security Administration, United States Department of Treasury, Andrew Saul, John Morenz, Janet Yellen, and Steve Mnuchin (collectively, "the Federal Defendants") (ECF Nos. 51 and 52); (2) Plaintiff's Response in Opposition to the Motions (ECF No. 55); (3) the Federal Defendants' Replies in Support of the Motions (ECF Nos. 57 and 58); and (4) the Parties' letters to the Court dated May 4, 2022 and June 10, 2022, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Federal Defendants' Motions to Dismiss (ECF Nos. 51 and 52) are **GRANTED**; and

2. Plaintiff's claims against the Federal Defendants are **DISMISSED WITH PREJUDICE**.[1]

**BY THE COURT:**

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated August 2, 2022.